**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CRIMINAL DOCKET FOR CASE #: 1:20-mj-00252-1

| | |
|---|---|
| Case title: USA v. Croft | Date Filed: 10/08/2020 |
| | Date Terminated: 10/14/2020 |

Assigned to: Unassigned

### Defendant (1)

| | |
|---|---|
| **Barry Croft**<br>*TERMINATED: 10/14/2020* | represented by **Edson A. Bostic**<br>Federal Public Defender's Office<br>800 King Street, Suite 200<br>Wilmington, DE 19801<br>302-573-6010<br>Email: DE_ECF@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1201 - CONSPIRACY TO COMMIT KIDNAPPING | |

**Plaintiff**

**USA** represented by **Adrienne C. Dedjinou**
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19801
(302)573-6117
Fax: (302)573-6220
Email: adrienne.dedjinou@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ruth Mandelbaum**
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19801
(302) 573-6277
Fax: (302) 673-6220
Email: Ruth.Mandelbaum@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/08/2020 |  | Arrest (Rule 5) of Barry Croft. (kjk) (Entered: 10/09/2020) |
| 10/08/2020 | 1 | Copy Criminal Complaint and Arrest Warrant received from Western District of Michigan as to Barry Croft. (kjk) (kjk). (Entered: 10/09/2020) |
| 10/08/2020 |  | Minute Entry for proceedings held before Judge Christopher J. Burke - Initial Appearance vi video conference in Rule 5(c)(3) Proceedings as to Barry Croft held on 10/8/2020; Deft. was present with counsel ( Connor Wilson, Esq., from the FPD's Office was appointed ); Court advised the Deft. of his rights under the CARES Act; Deft. consented to proceed via video conference; Govt. filed a Motion For Detention Pending Removal; Deft. executed the Waiver of Rule 5 Identity Hearing and Preliminary Hearing; Deft. requested the court to schedule a detention hearing; GRANTED; Deft. ordered detained pending a detention hearing next week before Judge Hall. ATTENDEES: AUSA - R. Mandelbaum, Esq.; DEFT - C. Wilson, Esq.; USPO - B. Williams; CLERK - Benyo. (kjk) (Entered: 10/09/2020) |
| 10/08/2020 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Barry Croft. Appointment of Edson A. Bostic, Esq., for Barry Croft. Signed by Judge Christopher J. Burke on 10/8/20. (kjk) (Entered: 10/09/2020) |
| 10/08/2020 | 3 | MOTION to Unseal The Case File by USA as to Barry Croft. (kjk) (Entered: |

| | | |
|---|---|---|
| | | 10/09/2020) |
| 10/08/2020 | 4 | MOTION to Detain Pending Revocation Hearingby USA as to Barry Croft. (kjk) (ceg). (Entered: 10/09/2020) |
| 10/08/2020 | 5 | ORAL ORDER of Temporary Detention as to Barry Croft. Signed by Judge Christopher J. Burke on 10/8/20. (kjk) (Entered: 10/09/2020) |
| 10/08/2020 | 6 | WAIVER of Rule 5(c)(3) Hearings ( Identity and Preliminary Hearing ) by Barry Croft. (kjk) (Entered: 10/09/2020) |
| 10/09/2020 | | SO ORDERED Granting 3 Motion to Unseal The Case File as to Barry Croft (1). Signed by Judge Christopher J. Burke on 10/8/20. (kjk) (Entered: 10/09/2020) |
| 10/09/2020 | | Set Hearings as to Barry Croft: A Detention / Removal Hearing via video conference is set for 10/13/2020 at 02:45 PM in Courtroom 2B before Judge Jennifer L. Hall. (kjk) (Entered: 10/09/2020) |
| 10/13/2020 | | Minute Entry for proceedings held before Judge Jennifer L. Hall - Detention/Removal Hearing as to Barry Croft held on 10/13/2020 via video conference. Defendant was present with counsel. Defendant executed the Waiver of Rule 5 Detention Hearing. Defendant ordered detained pending removal to the Western District of Michigan. ATTENDEES: AUSA - A. Dedjinou, Esq.; DEFT - C. Wilson, Esq.; USPO - B. Williams; CLERK - Garfinkel (ceg) (Entered: 10/13/2020) |
| 10/13/2020 | 7 | WAIVER of Rule 5(c)(3) Detention Hearing by Barry Croft. Defendant requests detention hearing be held in the prosecuting district. (ceg) (Entered: 10/13/2020) |
| 10/13/2020 | 8 | ORAL ORDER of Detention as to Barry Croft (1). ORDERED by Judge Jennifer L. Hall on 10/13/2020. (ceg) (Entered: 10/13/2020) |
| 10/13/2020 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Barry Croft. Defendant committed to Western District of Michigan. Signed by Judge Jennifer L. Hall on 10/13/2020. (ceg) (Main Document 9 replaced on 10/13/2020) (ceg). (Entered: 10/13/2020) |
| 10/14/2020 | 10 | EXIT RECORD to the Western District of Michigan. (ceg) (Entered: 10/14/2020) |